NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**DEREK JASON WILLIAMS,**
*Petitioner-Appellant*

**v.**

**COMMISSIONER OF INTERNAL REVENUE,**
*Respondent-Appellee*

---

2023-1618

---

Appeal from the United States Tax Court in No. 1954-22.

---

**ON MOTION**

---

Before DYK, TARANTO, and STOLL, *Circuit Judges.*

PER CURIAM.

## O R D E R

The Commissioner of Internal Revenue (the "Commissioner") moves unopposed to transfer this appeal to the United States Court of Appeals for the Fourth Circuit.

Derek Jason Williams filed a notice of appeal to this court from a decision by the United States Tax Court.  But "[t]he United States Courts of Appeals (other than the

2        WILLIAMS v. COMMISSIONER OF INTERNAL REVENUE

United States Court of Appeals for the Federal Circuit) shall have exclusive jurisdiction to review the decisions of the Tax Court," 26 U.S.C. § 7482(a)(1).  Where we lack jurisdiction, we "shall, if it is in the interest of justice, transfer" the appeal to an appropriate court.  28 U.S.C. § 1631. The Commissioner identifies the Fourth Circuit as the appropriate court to review the appealed decision.  *See* § 7482(b)(1)(A).

Accordingly,

IT IS ORDERED THAT:

The motion is granted.  The appeal and all its filings are transmitted to the United States Court of Appeals for the Fourth Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

April 24, 2023                         /s/ Peter R. Marksteiner
     Date                               Peter R. Marksteiner
                                        Clerk of Court